1
2
3
4                       UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6
7   KEITH DESMOND TAYLOR,                   No. C-13-4550 EMC (pr)
8               Plaintiff,                  **ORDER OF DISMISSAL**
9          v.
10  U.S. JUDGE MICHAEL SMITH,
11              Defendant.
12  _____/
13          Plaintiff, an inmate on death row at San Quentin State Prison, filed this action under 42
14  U.S.C. § 1983 against the judge who presided over his death penalty case in San Bernardino County
15  Superior Court in 1996.  Plaintiff alleges that Judge Smith committed several errors at his trial, and
16  requests that he "be processed for release & compensation according to the law."  Docket # 1 at 3.
17          The complained-of events and omissions occurred in San Bernardino County, which is
18  located within the venue of the Central District of California.  The only defendant apparently resides
19  in San Bernardino County.  No defendant is alleged to reside in, and none of the events or omissions
20  giving rise to the complaint occurred in, the Northern District of California.  Venue therefore would
21  be proper in the Central District, and not in this one.  *See* 28 U.S.C. § 1391(b).  The court "shall
22  dismiss, or if it be in the interest of justice, transfer" an action that has been filed in the wrong
23  venue.  28 U.S.C. § 1406(a).  This is the second time Plaintiff has filed an action against Judge
24  Smith for alleged errors in the trial in San Bernardino County Superior Court.  The first action
25  against Judge Smith, *Taylor v. Smith, et al.,*, N. D. Cal. No. C 09-3009 MMC, was dismissed as filed
26  in the wrong venue and without prejudice to Plaintiff filing an action in the Central District. In light
27  of the earlier order explaining that the Northern District is not the correct venue for an action against
28  Judge Smith, there was no reason for Plaintiff to repeat his mistake.  It is not in the interest of justice

**United States District Court**
For the Northern District of California

to transfer this action because it unnecessarily consumes limited judicial resources for the

transferring court to process a case filed by a plaintiff who knowingly files his case in the wrong

district.

Accordingly, this action is **DISMISSED** because it was filed in the wrong venue.  This

dismissal is without prejudice to petitioner pursuing his claims in the Central District of California.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 17, 2013

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

2